NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY RIVERA,                         )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-2494
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Anthony Rivera, pro se.


PER CURIAM.


        Affirmed.  See Boler v. State, 678 So. 2d 319 (Fla. 1996); Franke v. State,

997 So. 2d 424 (Fla. 2d DCA 2008); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA

2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Cooper v.

State, 800 So. 2d 243 (Fla. 2d DCA 2001).


NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.